IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

DIVISION II

| | |
|---|---|
| STATE OF WASHINGTON, | No. 59669-5-II |
| Respondent, | |
| v. | |
| TRAVIS WINSTON BOND, | UNPUBLISHED OPINION |
| Appellant. | |

PRICE, J. — Travis W. Bond appeals his conviction for attempting to elude a pursuing police vehicle, arguing that the State failed to present sufficient evidence to support the jury's verdict. The State concedes that there was insufficient evidence to support the jury's verdict. We accept the State's concession, reverse Bond's conviction, and remand for the superior court to dismiss with prejudice the charge of attempting to elude a pursuing police vehicle.

FACTS

On May 2, 2023, the State charged Bond with attempting to elude a pursuing police vehicle and third degree assault of a law enforcement officer. Following a trial, a jury found Bond guilty of attempting to elude a pursuing police vehicle and not guilty of third degree assault. The trial court entered judgment on the attempting to elude a pursuing police vehicle and imposed a standard range sentence of 23 days.

Bond appeals.

No. 59669-5-II

ANALYSIS

Bond argues that the State failed to prove that the officer who signaled Bond to stop was in uniform as required by RCW 46.61.024(1). The State concedes that there was no testimony admitted at trial that the officer who signaled Bond to stop was in uniform.

After a review of the record, we accept the State's concession. Thus, we reverse Bond's conviction and remand for the trial court to dismiss with prejudice the charge of attempting to elude a pursuing police vehicle. *See State v. DeVries*, 149 Wn.2d 842, 853-54, 72 P.3d 748 (2003) (holding there was insufficient evidence to support the jury's verdict and remanding for dismissal with prejudice).

A majority of the panel having determined that this opinion will not be printed in the Washington Appellate Reports, but will be filed for public record in accordance with RCW 2.06.040, it is so ordered.

PRICE, J.

We concur:

MAXA, P.J.

CHE, J.